# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BRYAN COLT TODD** | **CIVIL ACTION NO. 19-1184** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **CANDICE YOUNG, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Bryan Colt Todd's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's motion for appointed counsel, [doc. # 3], is **DENIED AS MOOT**.

SHREVEPORT, LOUISIANA, this 12th day of February, 2020.

_____
Elizabeth E. Foote
United States District Judge